190 APPELLATE COURTS OF ILLINOIS.

Speer Hardware Co. v. Consolidated Adjust. Co., 198 Ill. App. 190.

## Speer Hardware Company, Appellee, v. Consolidated Adjustment Company, Appellant.

### Gen. No. 21,997. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. DENNIS W. SULLIVAN, Judge, presiding. Heard in this court at the October term, 1915. Affirmed. Opinion filed March 7, 1916.

### Statement of the Case.

Action by Speer Hardware Company, plaintiff, against Consolidated Adjustment Company, defendant, upon a guaranty in a contract whereby defendant undertook to collect certain accounts for plaintiff. From a judgment for plaintiff, defendant appeals.

The contract sued on was similar to that in *Barstow Stove Co. v. Consolidated Adjustment Co.,* 175 Ill. App. 449.

DELAVAN B. COLE, for appellant; ADELOR J. PETIT, of counsel.

HENRY & ROBINSON, for appellee.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

ESTOPPEL, § 89*—*when agent estopped to deny failure of principal to furnish proper accounts for collection.* A collection agency which selects the accounts upon which it undertakes to guaranty collection cannot be heard to say in a suit against it based on such guaranty that plaintiff is in default as to the kind of accounts to be furnished by it.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.